MN,ND-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5
For Deposit To Registry Fund

Debtor:  Sharron F. Grohoski
Chapter 7 Case No. 09-46631

Please Check One:
_ Unclaimed Dividends

X Distribution Less Than $5

| Name & Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| American Express Centurion Bank c/o Becket and Lee LLP P O Box 3001 Malvern, PA  19355-0701 | 4 | $796.54 | $1.41 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

DATE: January 12, 2011

/e/ Brian F. Leonard
Brian F. Leonard, Trustee
100 S. Fifth Street, Ste.2500
Minneapolis, MN  55402
(612) 332-1030

356179

RECEIVED 11 JAN 13 AM 9:33 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN